FILED
CLERK, U.S. DISTRICT COURT

3/29/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| GALAXY OIL COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT AMEETI,<br><br>Defendant. | Case No.: SACV 21-00311-CJC(KESx)<br><br>PRELIMINARY INJUNCTION |

This matter came before the Court upon Plaintiff's application for a Temporary Restraining Order and the Order to Show Cause Why a Preliminary Injunction Should Not Be Granted.  On March 29, 2021, the Court issued an Order granting a preliminary injunction to temporarily stay the execution of Petitioners' removal orders.

//

//

1  **IT IS HEREBY ORDERED** that Defendant shall transfer ownership of the domain name registration for www.galaxyoil.com to Plaintiff.  In the event that Defendant does not transfer ownership of the domain name registration for www.galaxyoil.com to Plaintiff within 24 hours of this Order, Plaintiff is authorized to present this Court's order to GoDaddy and Domains by Proxy with instructions to transfer the ownership of the domain name registration for www.galaxyoil.com to Plaintiff.

**IT IS FURTHER ORDERED** that Defendant shall disclose the identity of Galaxy Oil's email hosting service and provide the administrator login information, the administrator login information for Galaxy Oil's router located at its headquarters, and the administrator login information for Galaxy Oil's security system located at its headquarters.

**IT IS FURTHER ORDERED** that Defendant shall cooperate with Galaxy Oil to transfer ownership of the domain name and transition the email hosting services, router, and security system to Galaxy Oil.  The services covered by this injunction include emails ending in @galaxyoil.com, @best4less76.com, @caiopoulaw.com, and any other services or accounts which were serviced by Defendant under the parties' now terminated relationship.

//
//
//
//
//
//
//

**IT IS FURTHER ORDERED** that Defendant shall return all of Galaxy Oil's electronically-stored information in his possession and shall not access any of Galaxy Oil's computer systems in the future, including the domain name registration, Galaxy Oil's email system, Galaxy Oil's router, and Galaxy Oil's security system.

DATED: March 29, 2021

_____
HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE