UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | 8:21-cv-00311-CJC-KES | Date | April 12, 2022 |
|---|---|---|---|
| Title | Galaxy Oil Company v. Robert Ameeti | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS CASE**

The Court, having been advised by the plaintiff that this action has been resolved by a Stipulation of Dismissal [52], hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

Initials of Deputy Clerk   rrp